**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 379 MAL 2021

             Respondent            :

                              :    Petition for Allowance of Appeal

                              :    from the Order of the Superior Court

              v.                     :

                              :

RICKY L. MILLER, JR.,                :

                              :

             Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.